22-00117MB

## AFFIDAVIT

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019. Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland. There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my 16-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property. I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCEL:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for two United States Postal Service (USPS) Priority Mail (PM) parcels. The first parcel has tracking number 9505 5152 7926 2102 9087 49, with $16.10 in postage, postmarked from Tallevast, Florida on April 12, 2022. It has a return address of "Alison, 3311 69th Street East, Bradenton, FL, 34203" and is addressed to "Vincent James, 3708 E Monte Vista Dr, Tucson,

AZ, 85716". The article consists of a white, USPS PM, medium flat rate cardboard mailing box measuring approximately 11" x 8" x 5" and weighing 4 pounds and 10.9 ounces. It is hereafter referred to as "SUBJECT PARCEL 1".

3. The second parcel has tracking number 9505 5152 7926 2102 9087 56, with $16.10 in postage, postmarked from Tallevast, Florida on April 12, 2022. It has a return address of "Alison, 3311 69th Street East, Bradenton, FL, 34203" and is addressed to "Vincent James, 3708 E Monte Vista Dr, Tucson, AZ, 85716". The article consists of a white, USPS PM, medium flat rate cardboard mailing box measuring approximately 11" x 8" x 5" and weighing 4 pounds and 12.3 ounces. It is hereafter referred to as "SUBJECT PARCEL 2".

**BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE USPS DRUG MAIL PROFILING PROGRAM:**

4. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southern Arizona international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States, primarily to the large metropolitan areas in the eastern United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

5. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona and California, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

   a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

   b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

   c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

   d. The postage was paid with cash which leaves no trail identifying the mailer.

6. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

7. On April 13, 2022, during ongoing interdiction activities in Tucson, Arizona, I observed a USPS Priority Mail Express parcel with tracking number EI 047 995 340 US, with $76.15 in postage, postmarked from Tallevast, Florida on April 12, 2022. It had a return address of "Alison, 3311 69th Street East, Bradenton, FL, 34203" and was addressed to "Vincent James, 3708 E Monte Vista Dr, Tucson, AZ, 85716". The article consisted of a white, USPS cardboard mailing box measuring approximately 11" x 8" x 5" and weighing 4 pounds and 7 ounces. It is hereafter referred to as "SUBJECT PARCEL 3".

8. During my investigation of SUBJECT PARCEL 3, I learned SUBJECT PARCEL 1 and SUBJECT PARCEL 2 were mailed during the same transaction as SUBJECT PARCEL 3. All three parcels were mailed by the same person and paid for in cash at the same time.

9. On April 13, 2022, I obtained a Federal Search Warrant (22-04520MB) signed by Federal Magistrate Judge Maria S. Aguilera and searched SUBJECT PARCEL 3. SUBJECT PARCEL 3 contained 5 grams of suspected Oxycodone in a small zip lock baggie.

10. On April 13, 2022, I requested the Sun Station Post Office to hold SUBJECT PARCEL 1 and SUBJECT PARCEL 2 from delivery when they arrived at the Post Office.

11. On April 14, 2022, I was notified SUBJECT PARCEL 1 and SUBJECT PARCEL 2 arrived at the Sun Station Post Office. I asked for them to be sent to my office for further inspection.

12. On April 15, 2022, I observed SUBJECT PARCEL 1 and SUBJECT PARCEL 2 and learned the following:

    a. They were mailed from Florida, which is an area I know to be a destination for drug parcels and a source area for proceeds from the sale of those drugs.

    b. They have a tracking number. From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c. The subject parcels were paid for in cash to keep the anonymity of the sender from being identified by law enforcement.

    d. They have the same return address information as SUBJECT PARCEL 3 and are similar in weight.

13. Canine Examination:

    a. On April 15, 2022, at approximately 7:47 a.m., I met with Supervisory Border Patrol Agent Canine Handler Paul Du Bois and his canine partner Dell. Agent Du Bois' canine is trained and certified to detect the odors of marijuana, heroin, cocaine, methamphetamine and their derivatives.  I placed SUBJECT PARCEL 1 and SUBECT PARCEL 2 individually in a cleared area for examination by Agent Du Bois and Dell.  Agent Du Bois informed me at approximately 7:55 a.m. and 7:58 a.m. that Dell alerted to SUBJECT PARCEL 1 and SUBJECT PARCEL 2, indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

14. Based on the facts set forth in this affidavit, I believe there is probable cause to show that SUBJECT PARCEL 1 and SUBJECT PARCEL 2 contain controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, and 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

15. This affidavit is submitted for the limited purpose of seeking authorization to search SUBJECT PARCEL 1 and SUBJECT PARCEL 2. Your Affiant has not set forth each and every fact known to him regarding the investigation.

*William P. Akins*
_____
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
This 15th day of April, 2022

*Eric J. Markovich*
_____
Eric J. Markovich
United States Magistrate Judge